1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:20-cv-02364-TLN-JDP
     REGINALD RAFE NICHOLAS PAYNE,
12   individually and as Successor-In-Interest to
     THE ESTATE OF REGINALD DAMONE
13   PAYNE, HARRIETT JEFFERSON, and          **ORDER**
     RUFUS JEFFERSON
14
                 Plaintiffs,
15
            v.
16
     CITY OF SACRAMENTO; D.
17   MOWER; and DOES 1-20, inclusive,

18               Defendants.

19

20          This matter is before the Court on Plaintiffs Reginald Rafe Nicholas Payne, Harriet

21   Jefferson, and Rufus Jefferson's (collectively, "Plaintiffs") *Ex Parte* Application to Modify the

22   Initial Scheduling Order ("Scheduling Order").  (ECF No. 9.)  Plaintiffs filed the instant request

23   on October 21, 2021.  (ECF No. 9.)  Defendants have not responded.

24          Plaintiffs state that they need an additional 120 days to complete fact discovery due to the

25   "extraordinary testimony of former Sacramento Fire Department Captain Jeffrey Klein on

26   October 14, 2021." (ECF No. 9 at 1–2.)  Specifically, Plaintiffs state that Klein testified that

27   political actors within the City of Sacramento ("City") conspired to cover up the excessive force

28   against Payne to prevent public scrutiny in light of growing controversy surrounding police-

                                              1

1   involved deaths.  (ECF No. 9-1 at 2.)  Plaintiffs provide specific testimony including that the

2   Deputy Fire Chief provided false or misleading testimony relating to Payne's death.  (*Id.*)  Klein

3   further testified that he believed he was terminated for his refusal to adopt the City's political

4   narrative.  (*Id.*)  Plaintiffs now request an additional 120 days to conduct the discovery needed to

5   corroborate or disprove Klein's allegations.  (*Id.*)

6         GOOD CAUSE APPEARING, Plaintiffs' *ex parte* application for further modification of

7   the Scheduling Order is HEREBY GRANTED.

8         The deadline for the completion of fact discovery is extended to March 23, 2022, and all

9   deadlines for expert discovery and trial-readiness are continued accordingly.

10         IT IS SO ORDERED.

11   Date:  November 2, 2021

14   _____
     Troy L. Nunley
15   United States District Judge