SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
CTrimm@cityofsacramento.org

Attorneys for Defendants, CITY OF SACRAMENTO,
DAVID MOWER, JOHN HELMICH, KEVIN MOORMAN,
SEAN HOLLEMAN, and CLINTON SIMONS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE; HARRIETT JEFFERSON; and RUFUS JEFFERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS; ERIC MUNSON, and DOES 11-20,<br><br>Defendants. | Case No.:  2:22-cv-00313-TLN-JDP<br><br>**JOINT STIPULATION DISMISSING CASE NO. 2:20-cv-02364-TLN-JDP and DEEMING ALL DISCOVERY FROM CASE NO. 2:20-cv-02364-TLN-JDP AS DISCOVERY IN CASE 2:22-cv-00313-TLN-JDP; ORDER THEREON** |
| REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE; HARRIETT JEFFERSON; and RUFUS JEFFERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SACRAMENTO; D. MOWER and DOES 1-20, inclusive,<br><br>Defendants. | Case No.:  2:20-cv-02364-TLN-JDP<br><br>**JOINT STIPULATION DISMISSING CASE NO. 2:20-cv-02364-TLN-JDP and DEEMING ALL DISCOVERY FROM CASE NO. 2:20-cv-02364-TLN-JDP AS DISCOVERY IN CASE 2:22-cv-00313-TLN-JDP; ORDER THEREON** |

Plaintiffs, REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE, HARRIET JEFFERSON and RUFUS JEFFERSON ("Plaintiffs") and Defendants, CITY OF SACRAMENTO, D. MOWER, DAVID MOWER, JOHN HELMICH, KEVIN MOORMAN, SEAN HOLLEMAN, and CLINTON SIMONS ("City Defendants"), by and through their undersigned counsel, and having met and conferred, believe good cause exists and therefore hereby request, and to that end, stipulate as follows:

1. Plaintiffs wished to amend their Complaint in Case No. 2:20-cv-02364-TLN-JDP, to add individual defendants. To that end, Plaintiffs filed a Motion to Amend (Doc. 11, et al.), Defendants opposed the Motion (Doc. 15), and the Court issued a Minute Order submitting the Motion without oral argument and vacating the hearing then set for March 10, 2022. (Doc. 16.) To date, the Court has not issued a ruling.

2. On February 2, 2022, Plaintiffs filed a separate/second Complaint (Case No. 2:20-cv-00313-TLN-JDP) against Defendants, which included all the original defendants from Case No. 2:20-cv-02364-TLN-JDP and added those they had sought to add by way of amendment in that case. The two cases were ordered related, and the second/February 2, 2002 case (No. 2:22-cv-00313-TLN-JDP) was deemed as lead case.

3. The parties attended a mediation with Judge Raul Ramirez (ret.) on April 13, 2022. The case did not resolve at mediation.

4. The parties agree that the two cases are identical in factual allegations and causes of action and differ only as to the named individual defendants. Therefore, the parties agree that it would be improper for both cases to proceed concurrently, and hereby stipulate to voluntarily dismiss the first case (No. 2:20-cv-02364-TLN-JDP) so that the Complaint of the second/lead case (No. 2:22-cv-00313-TLN-JDP) acts as the operative pleading from now on.

5. The parties further agree that there will be no duplicative discovery -- depositions already taken, and written discovery already propounded/responded to, which occurred in Case No. 2:20-cv-02364-TLN-JDP, will not be duplicated, and will now be considered discovery in Case No. 2:22-cv-00313-TLN-JDP.

6. Accordingly, all dates and deadlines from Case No. 2:20-cv-02364-TLN-JDP shall be vacated, and all dates and deadlines from Case No. 2:22-cv-00313 shall stand.

DATED: May 23, 2022                      SUSANA ALCALA WOOD,
                                         City Attorney


                                  By:    /s/ CHANCE L. TRIMM
                                         **CHANCE L. TRIMM**
                                         Senior Deputy City Attorney

                                         Attorneys for Defendants
                                         CITY OF SACRAMENTO, DAVID
                                         MOWER, JOHN HELMICH, KEVIN
                                         MOORMAN, SEAN HOLLEMAN, and
                                         CLINTON SIMONS


DATED: May 23, 2022                      WALKUP, MELODIA, KELLY &
                                         SCHOENBERGER


                                  By:    /s/ KHALDOUN A. BAGHDADI
                                         **KHALDOUN A. BAGHDADI**
                                         JOSEPH NICHOLSON

                                         Attorneys for Plaintiffs
                                         REGINALD RAFE NICHOLAS PAYNE,
                                         INDIVIDUALLY AND AS SUCCESSOR-
                                         IN-INTEREST TO THE ESTATE TO
                                         REGINALD DAMONE PAYNE,
                                         HARRIET JEFFERSON, AND RUFUS
                                         JEFFERSON

IT IS SO ORDERED.


DATED: May 24, 2022
                                         Troy L. Nunley
                                         United States District Judge